# CALHOUN & LAWRENCE, LLP
### ATTORNEYS AT LAW
81 MAIN STREET
SUITE 504
WHITE PLAINS, NEW YORK 10601

CLINTON W. CALHOUN, III*
KERRY A. LAWRENCE**

REBECCA R. BROWN**

*ALSO ADMITTED IN VA & DC
**ALSO ADMITTED IN CT

(914) 946-5900

FAX (914) 946-5906

January 7, 2020

**BY ECF**
Hon. Cathy Seibel
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

*Defendant may surrender 1/24/20.*
*No further postponements.*

SO ORDERED.

*[signature]*
CATHY SEIBEL, U.S.D.J.

1/7/20

Re:   United States v. Gregory Bayard
      18 Cr. 771 (CS)

Dear Judge Seibel:

This letter is to supplement my letter motion respectfully asking the Court to postpone Gregory Bayard's surrender date to FMC Devens from January 10 to January 24, 2020.

Attached, per Your Honor's endorsement, are the following:

(1)   A letter dated January 7 from Bayard's treating dermatologist describing the treatment he is receiving from her and his susceptibility to infection and sensitivity to sunlight, and expressing her request that his reporting date be delayed two weeks.

(2)   A selfie photo of Bayard showing the redness and swelling of his face and the cells responding to the Fluorouracil. (He is embarrassed about the whiskers but has been instructed not to shave for the present time).

I trust the Court will advise if any further information would be helpful.

Respectfully submitted,

*[signature]*

Clinton W. Calhoun, III

CWC/kvm
cc:   AUSA James McMahon (by ecf)